**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **ELBA ANABELA HERMOZA,** | * | Case No. 16-10969-BFK |
| | * | Chapter 7 |
| Debtor. | * | |

**ORDER APPROVING MOTION TO APPROVE SETTLEMENT**
**WITH ALFONSO P. COLLAO**

THIS MATTER came on to be heard by the Court upon the Motion of Donald F. King, Chapter 7 trustee ("**Trustee**") to Approve Settlement with Alfonso P. Collao ("**Motion**"); it appearing that the Motion was properly noticed and no further notice is necessary; upon consideration of the Motion, and any responses to the Motion, it is therefore

ORDERED that the Trustee's Motion is approved; and it is

FURTHER ORDERED that; Mr. Collao will pay $14,000.00 ("**Settlement Amount**") to the Bankruptcy Estate in two separate payments of $7,000.00; and it is

FURTHER ORDERED that the Settlement Amount shall be made in cash or cash equivalent payable to "Donald F. King, Trustee" with the first payment of $7,000.00 having already been paid into the Trustee's account for this Bankruptcy Estate; and it is

FURTHER ORDERED that the second payment of $7,000.00 shall be paid within fifteen (15) days of entry of an order approving the Settlement by the Bankruptcy Court; and it is

FURTHER ORDERED that following receipt of the $14,000.00 settlement payments, the

---

**ALEXANDER M. LAUGHLIN (VSB No. 25237)**
**Counsel for Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Laughlin: 703-218-2134**
**Fax: 703-218-2160**
**Email:  Alex.Laughlin@ofplaw.com**

Trustee is authorized to dismiss the Adversary Proceeding, with prejudice, pursuant to a Notice of Dismissal under Rule 7041(a)(1)(A)(i).

Dated: Aug 24 2018

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on docket: 8/24/2018

I ASK FOR THIS:

__/s/ Alexander M. Laughlin_____
**ALEXANDER M. LAUGHLIN, VSB No. 25237**
**Counsel for Trustee**
**ODIN, FELDMAN & PITTLEMAN, P.C.**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Laughlin: 703-218-2134**
**Fax: 703-218-2160**
**Email:  Alex.Laughlin@ofplaw.com**

### CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)

I certify that this proposed order was served on July 20, 2018, (i) electronically, via Notice of Electronic Filing upon all registered users in this case pursuant to this Court's CM/ECF policy, (ii) via email to Office of the U.S. Trustee at ustpregion04.ax.ecf@usdoj.gov, and (iii) via U. S. mail, first-class postage prepaid, to the parties identified on the service list (attached only to the Notice filed with the Court).

*/s/ Alexander M. Laughlin*_____
**Alexander M. Laughlin**

**PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER**
Counsel to Trustee – via Notice of Electronic Filing (NEF)
Counsel to Debtor – via Notice of Electronic Filing (NEF)

Alfonso P. Collao
562 Sparkleberry Terrace, N.E.
Leesburg, VA 2017

#3953543v1  031070/002598